IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harris, Preston | Case Number: 06 B 07352 |
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 6/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,150.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,033.30 |
| Trustee Fee: | | 116.70 |
| Other Funds: | | 0.00 |
| Totals: | 2,150.00 | 2,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 700.00 | 26.72 |
| 2. | Robert J Semrad & Associates | Administrative | 2,510.00 | 2,006.58 |
| 3. | Internal Revenue Service | Priority | 2,586.70 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 51.08 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 32.02 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 129.22 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 27.95 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 204.00 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 14. | Encore | Unsecured | | No Claim Filed |
| | | | $ 6,240.97 | $ 2,033.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 113.40 |
| 6.6% | 3.30 |
| | $ 116.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harris, Preston

Printed: 01/06/09

Case Number:  06 B 07352
Judge:  Hollis, Pamela S
Filed:  6/22/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

